UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAKUR D. GANNAWAY,

                              Petitioner,

             -against-

PEOPLE OF NEW YORK,

                              Respondent.

21-CV-7674 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued April 18, 2022, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition for a writ of error

*coram nobis* is denied without prejudice for lack of jurisdiction. Because the petition makes no

substantial showing of a denial of a constitutional right, a certificate of appealability will not

issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 18, 2022
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge